Submitted on record and briefs October 6, reversed and remanded
November 15, 2006

STATE OF OREGON,
*Respondent,*

*v.*

CALVIN JEROME JONES,
*Appellant.*

04-05-1050; A126092

147 P3d 915

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Susan F. Drake, Deputy Public Defender, Office of Public Defense Services filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Douglas F. Zier, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals a judgment of conviction for felon in possession of a firearm. ORS 166.270. He assigns error to the trial court's denial of his motion to suppress evidence obtained as a result of a police officer's warrantless entry into defendant's house. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), the trial court erred. In fairness to the trial court, it should be pointed out that *Hall* had not yet been decided when the court ruled on defendant's motion, and, under the law at that time, it is debatable whether the court erred. Nevertheless, in light of *Hall*, it is clear that defendant's motion should have been granted.

Reversed and remanded.